Leonard J. Feldman, WSBA No. 20961 (admitted *pro hac vice*)
ljfeldman@stoel.com
Andrea H. Thompson, OSB No. 084923
ahthompson@stoel.com
Ryan Gibson, OSB No. 073873
rsgibson@stoel.com
STOEL RIVES LLP
2600 Standard Insurance Center
900 SW 5th Avenue
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (206) 220-2480

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JACOB BARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN BELLEQUE, et al.,<br><br>    Defendant. | Civil No. CV06-510-JE<br><br>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>ORAL ARGUMENT REQUESTED |

**Certificate of Local Rule 7.1(a) Compliance**

Pursuant to LR 7.1(a), counsel for plaintiff Jacob Barrett ("plaintiff") conferred in good faith with opposing counsel regarding the filing of this motion, but could not reach agreement with opposing counsel.

/////

/////

Page 1 -  PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## **MOTION**

Pursuant to FRCP 56, plaintiff moves for partial summary judgment seeking a ruling from the Court that 1) the Oregon Department of Corrections ("ODOC") regulations at issue are unlawful as applied to plaintiff's outgoing correspondence; and 2) prison officials cannot lawfully punish inmates for using offensive language in outgoing correspondence.

This motion is supported by the accompanying Memorandum in Support of Plaintiff's Motion for Partial Summary Judgment; Concise Statement of Material Facts; and the Declaration of Jacob Barrett, and associated Authentication of Handwritten Statement Entitled "Affidavit of Jacob Barrett."

DATED: October 27, 2009.

STOEL RIVES LLP

 /s/ Ryan S. Gibson
Leonard J. Feldman, WSBA No. 20961
(admitted *pro hac vice*)
ljfeldman@stoel.com
Andrea H. Thompson, OSB No. 084923
Ryan Gibson, OSB No. 073873
Telephone:  (503) 224-3380

Attorneys for Plaintiff